UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS M HAMANN, | ) | |
| | ) | CASE NO. C05-4076 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | *IN A CIVIL CASE* |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause is reversed and remanded to the Commissioner for computation and payment of benefits (DI and SSI) with an onset date of June 1, 2002.

DATED:    April 24, 2006

Pridgen J. Watkins - Clerk

S/src
BY: Deputy Clerk